3023, 3035.　KENNEDY *v.* ATLANTIC COAST LINE RAILROAD
　　　　　　　Co., and *vice versa.*

HILL, C. J. The evidence not only failed to show that the injury received by the servant was caused by an omission of duty by the master, but showed that it was due solely to the negligence of the servant while acting outside of the proper scope of his employment. The motion to nonsuit was therefore properly sustained. *Atlanta & Charlotte Air Line Ry.* v. *Ray*, 70 *Ga.* 674; *Whitton* v. *South Carolina & Ga. R. Co.,*

106 *Ga.* 796 (32 S. E. 857); *Strange* v. *Wrightsville & Tennille R. Co.,* 133 *Ga.* 730 (66 S. E. 774).

*Judgment on main bill of exceptions affirmed; cross-bill dismissed.*
DECIDED SEPTEMBER 11, 1911.

Action for damages; from city court of Waycross—Judge Mc-Donald.    September 30, 1910.

*J. L. Sweat,* for plaintiff.

*Bennet, Twitty & Reese, Wilson, Bennett & Lambdin,* for defendant.